UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TOWER 570 COMPANY LP,                                                    :
:
:
Plaintiff,                                                               :
:     20-CV-799 (JMF)
-v-                                                                      :
:     ORDER
AFFILIATED FM INSURANCE COMPANY, et al.,                                 :
:
Defendants.                                                              :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court is unable to resolve the parties' dispute over Plaintiff's privilege assertions on the basis of the letters that have been submitted. ECF Nos. 56, 57. Accordingly, the parties shall appear for a conference on **January 21, 2021** at **3:00 p.m.** to discuss how to proceed in resolving their dispute. In particular, the parties should be prepared to discuss whether and when they should submit formal briefs on the issue and whether the Court should review a representative sample or samples of the documents at issues.

      The conference will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

      As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

      The Clerk of Court is directed to terminate ECF Nos. 56 and 57.

      SO ORDERED.

Dated: January 19, 2021
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge