UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
              :
TOWER 570 COMPANY LP,                        :
              :
          Plaintiff,           :
              :      20-CV-799 (JMF)
     -v-                                  :
              :      <u>ORDER</u>
AFFILIATED FM INSURANCE COMPANY, et al.,  :
              :
         Defendants.      :
              :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed, and for the reasons stated, on the record at a teleconference conducted earlier today, the parties shall meet and confer and, no later than **12:00 p.m. on January 26, 2021**, shall file a joint letter proposing a path forward for resolving their disputes.

      SO ORDERED.

Dated: January 21, 2021
      New York, New York                                  JESSE M. FURMAN
                                                        United States District Judge