UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWER 570 COMPANY LP,

          Plaintiff,

  - against -

AFFILIATED FM INSURANCE COMPANY and
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA,

          Defendants.

Docket No.:  20-CV-00799 (JMF)

ORDER

WHEREAS, Plaintiff Tower 570 Company LP ("Plaintiff") and Defendant Travelers Property Casualty Company of America ("Travelers") have reached a settlement, pursuant to which they agreed that all claims against Travelers shall be dismissed with prejudice;

WHEREAS, Plaintiff and Travelers have jointly applied to this Court for an Order, pursuant to Rules 41(a) and/or 21 of the Federal Rules of Civil Procedure, dismissing, with prejudice, all claims against Travelers and dropping Travelers as a party to this action;

IT IS NOW THEREFORE ORDERED THAT:

1. All claims in this action against Travelers are hereby dismissed with prejudice, and Travelers is dropped and dismissed from this action as a defendant;

2. Travelers' crossclaim against Defendant Affiliated FM Insurance Company ("Affiliated") is withdrawn and dismissed without prejudice; and

3. All claims, rights and defenses asserted by and/or between Affiliated and Plaintiff remain fully reserved.

Dated: February 19, 2021

The Clerk of Court is directed to terminate Travelers Property Casualty Company as a party in this case.
SO ORDERED.

_____
HON. JESSE M. FURMAN
United States District Judge