UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
TOWER 570 COMPANY LP, :
:
Plaintiff, :
: 20-CV-799 (JMF)
-v- :
: ORDER
AFFILIATED FM INSURANCE COMPANY, et al., :
:
Defendants. :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The remaining parties shall appear for a telephone conference on Monday, **February 22, 2021** at **3:00 p.m.** The parties should be prepared to discuss the prospects of settlement between Plaintiff and Defendant Affiliated FM Insurance Company and settlement and whether there are any time sensitivities (vis-à-vis expert discovery) with respect to resolving the currently pending privilege motion. The conference scheduled for February 25, 2021, is cancelled.

      The conference will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

      As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

      SO ORDERED.

Dated: February 19, 2021
      New York, New York

                                                             _____
                                                             JESSE M. FURMAN
                                                          United States District Judge